UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:19-cv-02475-MMB |
| | ) |
| v. | ) Judge Michael M. Baylson |
| | ) |
| JOHN DOE, subscriber assigned IP address 173.49.203.144, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 173.49.203.144 are voluntarily dismissed with prejudice.

Dated:  August 1, 2019

Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq.
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*/s/ John C. Atkin*</u><br>
John C. Atkin, Esq.